

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

April 13, 2023

2023-1748 - Kenneh v. Defense

# NOTICE OF NON-COMPLIANCE

The document (Petition for Review) submitted by John S. Kenneh, Jr. is not in compliance with the rules of this court. Within <u>fourteen</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The Petition for Review is incomplete. The document must include all information required by Fed. R. App. P. 15(a)(2).

  *[Clerk's Note: Federal Circuit Form 5 is available on the court's website and may be used as a Petition for Review.]*

- The filing was not submitted in PDF through the court's electronic filing system. All documents filed by electronic filers must be submitted through the court's electronic filing system unless leave of the court is sought and obtained. Fed. Cir. R. 25(a)(1)(A).

  *[Clerk's Note: Counsel John J. D'Angelo has not registered for an electronic filer account with this court's electronic filing system. Fed. Cir. R. 25(a)(2). Refer to the court's [Electronic Filing Procedures](#) ("Attorney Registration") for registration information.]*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court
By: K. Heidrick, Deputy Clerk